IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

      Plaintiff,                     No. CIV S-09-2453 EFB P

vs.

M. FORSYTHE, et al.,

      Defendants.             ORDER

/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has requested that the court appoint counsel.  District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's April 7, 2011 motion for appointment of counsel is denied.

DATED: April 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE